IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOMMY JACKSON and TAMIA MOSS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1083 |
| | § | |
| LIQUID TRANSPORT CORP., | § | |
| | § | |
| Defendant. | § | |

## AMENDED SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. September 30, 2011      **DEPOSE PLAINTIFFS AND PRODUCTION OF LOST SALARY INFORMATION**

2. December 16, 2011       **MEDIATION TO BE COMPLETED**

3. January 13, 2012        **STATUS CONFERENCE**
   A Status Conference will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas.

SIGNED on August 29, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge